IN THE UNITED STATE FEDERAL DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND, KENTUCKY

Eastern District of Kentucky
FILED
SEP 2 3 2013
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| **DANA BLINKY ANGALET** <br> *Petitioner / Plaintiff, Pro Se* <br><br> vs. <br><br> **HOUSING AUTHORITY OF ASHLAND, et al** <br> MR. RICK L. YOUNG, EXECUTIVE DIRECTOR <br> 3131 Winchester Avenue - Main Office <br> Ashland, KY   41101 <br><br> **GRAY, WOODS & COOPER** <br> MR. DONALD R. YATES, II, ESQUIRE <br> 510 16th Street <br> Ashland, KY   41101 <br><br> **GRAY, WOODS & COOPER** <br> MR. DONALD R. YATES, II, ESQUIRE <br> PO Box 70 <br> Ashland, KY   41105-0070 <br><br> **US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT - LOCAL FIELD OFFICE** <br> MR. MICHAEL BROWDER, PHA DIRECTOR <br> 601 W. Broadway, Room 110 <br> Louisville, KY   40202 <br>   *Respondent(s) / Defendant(s)* | CIVIL CASE NO.: 0:13cv146-HRW |

**EMERGENCY PETITION
FOR ORDER OF STAY AND ORDER OF RESTRAINT AND ENJOINING
UNTIL FURTHER ORDER OF THIS COURT AND COMPLAINT AND AFFIDAVIT**

**EMERGENCY PETITION AND COMPLAINT**

Mr. Dana Blinky Angalet is a 53 year-old white male, who is a legally blind

-1-

diabetic individual, and who happens to be a former Federal official from the United States Department of the Treasury, Internal Revenue Service, Covington, Kentucky. Mr. Angalet has resided at Scope Towers, 3131 Winchester Avenue, Apt. 905, for the last 14 years.

Due to a combination of a bed bug outbreak in late June of 2013 and medical issues related to his diabetes, which caused confusion, resulting in strange behavior to others, the Housing Authority of Ashland, under Mr. Rick L. Young, Executive Directors' leadership, set in motion to evict and eject said Petitioner / Plaintiff from his federally funded housing apartment. So on July 22, 2013, Mr Angalet was issued both a **Notice to Terminate Lease** and a **Notice to Vacate**, pursuant to **Kentucky Revised Statutes, KRS 383**, which is attached herein and labeled as **Exhibit "A"** and the **Code of Federal Regulations, 24 CFR 966.58**.

Now, the **Code of Federal Regulations** citation reference of **24 CFR 966.58**, does not currently exist, and has not existed since its repeal on October 11, 1991. (See attached **Exhibit "B", 24 CFR 966, Subpart B - Grievance Procedures and Requirements**).

On September 19, 2013, the Respondents / Defendants were granted a **FINAL EVICTION ORDER** against said Petitioner / Plaintiff, Dana Blinky Angalet. (See attached **Exhibit "C"**). The Boyd County District Judge in that case, the Honorable Judge Scott T. Reese, gave Mr. Angalet until September 27, 2013 at 2:00 p.m., to vacate said premises. Judge Reese was so strict and uncaring and emotionless that he would not even grant the Petitioner / Plaintiff enough time for said Petitioner / Plaintiff to receive his next **Social Security payment on October 3, 2013**

***Questions: How is said legally blind Mr. Angalet suppose to move without the necessary funds to do so? Where is Mr. Angalet to go? Onto the streets! How is Mr. Angalet suppose to move his personal belongs when he does not own a car and is not a***

-2-

***licensed driver and has no immediate family members in the area, since just about all of his relatives are deceased now?*** He cannot even hire someone to drive or drive a U-Haul to move his belongings. All these problems were addressed to Judge Reese. **Kentucky State law, KRS 383**, does not give that type of latitude towards evictees, **PERIOD!**

**KRS 383.200 through 383.285**, are so egregious and heartless and uncaring and cruel and unusual punishment to **ALL TENANTS**, that it shocks the consciousness of any and all real human beings that have feelings. Whether private landlords or public landlords, this set of laws is geared to landlords 100 percent of the time. Tenants, both normal and handicapped or the disabled, stand no chance at all. **NO CHANCE WHATSOEVER**. That was proven in that State District Court Trial. Mr. Angalet voiced these concerns to the Judge but the Judge was not swayed and persuaded. Nor was he sympathetic to this blind Petitioner / Plaintiff. "If the laws needs changed, then you have to call your State representatives," said Judge Reese.

There are **two ways** to change a State Law, the General Assembly can do it **or** this Federal Judge of this Court can declared it '**UNCONSTITUTIONAL**." This will make the Kentucky General Assembly go back to the drawing board and craft a new set of laws that are more reasonable and just towards Tenants, both private and public.

This legally blind Petitioner / Plaintiff went toe to toe with Mr. Young's counsel, Mr. Don R. Yates, II, for a **total of 59 days**. That's right! **59 days worth of pleadings, motions, responses, etc., all by Mr. Angalets' himself**. No lawyer whatsoever helped him! Even Judge Reese said, "**This was the most pleaded out Forcible Detainer case that he ever had.**" This legally blind Petitioner / Plaintiff took that statement, by a **sitting Judge**, to be a compliment and a testament to the fact that Mr. Angalet's **tested IQ of 120** stood out! However, there are **Federal issues and Federal questions** from that case, that only a **Federal Judge** can

-3-

hear and rule on, and to resolve. State District Court **lacks** this jurisdictional power.

Scope Towers is operated by the **Housing Authority of Ashland**. The Housing Authority of Ashland is a **federally funded public housing facility** that is authorized by 42 United States Code §§ 1437 *et seq* and its implementing Federal regulations governing its operation of public housing.

It is the position and belief of this Petitioner / Plaintiff that the Housing Authority of Ashland, hereafter to be called "HAA", has engaged in illegal discrimination against people with disabilities, manipulated documents, manipulated facts and figures, and perhaps even engaged, and continues to engage, in white color crimes of corruption. There is sufficient and adequate documental evidence that this legally blind Petitioner / Plaintiff has discovered when pursuing his State District Court case against the Respondents / Defendants.

This legally blind Petitioner / Plaintiff referred **three (3) individuals for Federal prosecution** and there are at least **two to three more to refer**. A white collar crime is a white collar crime, no matter how small or large. A crime is still a crime! This Petitioner /Plaintiff takes no pride in referring individuals. However, this former Federal official took a sacred **OATH** back in 1995, an **OATH** that has never been recanted! Not now, not ever!. What's **RIGHT** is **RIGHT**, and what's **WRONG** is **WRONG**. What the Respondent's / Defendant's did to this disabled individual was **WRONG and ILLEGAL and SHAMEFUL**! Completely immoral and certainly not ethical by reasonable human standards. Does not even pass the "**smell test**!"

## SUMMATION IN GENERAL

Mr. Angalet is not here in this Court to re-litigate the State District Court case. That matter is now finished and over with and concluded.

Mr. Angalet is now in this Honorable Court to address those **Federal issues** and **Federal questions** that can **only be heard** by a **Federal Judge**. Nothing more, nothing less!

## PRAYER

**WHEREFORE**, that the **URGENT** and **EMERGENCY** need of this legally blind Petitioner / Plaintiff is an **ORDER** from this Honorable Court to the Respondents / Defendants of this action, to **STAY** the **FINAL EVICTION JUDGEMENT** from the Boyd County District Court, **DATED** and **ENTERED** September 20, 2013.by Judge Scott T. Reese, case number 13-C-00490. In addition this legally blind Petitioner / Plaintiff needs an **ORDER** from this Honorable Court to **permanently restrain** and **enjoin** the Defendants from giving a **negative and derogatory apartment reference** to any private or public landlord, now or in the foreseeable future. If this legally blind Petitioner / Plaintiff is to successfully find another suitable place to live, he cannot have any negative or otherwise derogatory reference whatsoever coming from the Housing Authority of Ashland employees, including Mr. Rick L. Young himself.

Finally, as a prayer, this blind Petitioner / Plaintiff needs access to a landline telephone. The Respondents / Defendants have already obstructed a Windstream telephone technician on September 19, 2013, from reestablishing telephone service. This was verified by Windstream themselves. This legally blind Petitioner / Plaintiff needs access due to his numerous chronic health problems. This item needs to be in the **IMMEDIATE ORDER** as

well. Petitioner / Plaintiff has placed into the protected hands of this Federal District Court a CD Data Disc containing documental evidence that will be needed by this Court and the Petitioner / Plaintiff himself. Petitioner / Plaintiff has a copy of the same CD Data Disc in his possession and has distributed a copy each to several trusted friends and families members outside of the area for safekeeping.

By: _____  9-23-2013
Dana Blinky Angalet, Pro Se      Date

### AFFIDAVIT

I, Dana Blinky Angalet, do hereby swear or affirm that the foregoing Emergency Petition and Complaint, consisting of 6 pages, is true and accurate to the best of my ability and belief.

Taken, Subscribed, and Sworn to or Affirmed to, before me this 23rd day of September, 2013.

My commission expires ___5-22-14___.

_____
Notary Public